IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01570-EWN-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

11430 PARIS STREET, HENDERSON, COLORADO,

5069 GRANT STREET, DENVER, COLORADO,

830 DELTA STREET, DENVER, COLORADO,

$498,981.00 IN UNITED STATES CURRENCY,

$260,080.00 IN UNITED STATES CURRENCY,

$34,940.00 IN UNITED STATES CURRENCY,

2006 NISSAN TITAN PICKUP, VIN 1N6AA07B06N556908,

1993 CHEVROLET SILVERADO C1500 PICKUP, VIN 2GCEC19Z5P1259232,

2000 HONDA ACCORD EX, VIN 1HGCG2254YA037685, and

2007 MERCEDES BENZ CLS63, VIN WDDDJ77X97A097669,

        Defendants.

---

**ORDER OF DISMISSAL ONLY AS TO DEFENDANTS 5069 GRANT STREET, 830 DELTA STREET, AND 2007 MERCEDES BENZ CLS63**

---

THIS MATTER comes before the Court on the United States' Unopposed Motion to Dismiss Only As To Defendants 5069 Grant Street, 830 Delta Street, and 2007 Mercedes Benz CLS63, and the Court having read said motion and being fully advised in the premises FINDS;

THAT the United States has commenced this action *in rem* pursuant to 21 U.S.C. §881;

THAT the United States has agreed to dismiss defendants 5069 Grant Street, 830 Delta Street, and 2007 Mercedes Benz CLS63 from this action and release its Li Pendens against defendants 5069 Grant Street and 830 Delta Street; and

THAT based upon the facts and verification set forth in the Verified Complaint, there was reasonable cause for the seizure and arrest of all of the defendant property.

NOW THEREFORE, IT IS ORDERED that defendants 5069 Grant Street, 830 Delta Street, and 2007 Mercedes Benz CLS63 are hereby dismissed with prejudice from this action, that the United States' Li Pendens recorded against defendants 5069 Grant Street and 830 Delta Street are hereby dismissed, and that a Certificate of Reasonable Cause, which this order constitutes, is granted pursuant to 28 U.S.C. §2465.

SO ORDERED this 19th day of February, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge