IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01570-EWN-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

11430 PARIS STREET, HENDERSON, COLORADO,

5069 GRANT STREET, DENVER, COLORADO,

830 DELTA STREET, DENVER, COLORADO,

$498,981.00 IN UNITED STATES CURRENCY,

$260,080.00 IN UNITED STATES CURRENCY,

$34,940.00 IN UNITED STATES CURRENCY,

2006 NISSAN TITAN PICKUP, VIN 1N6AA07B06N556908,

1993 CHEVROLET SILVERADO C1500 PICKUP, VIN 2GCEC19Z5P1259232,

2000 HONDA ACCORD EX, VIN 1HGCG2254YA037685, and

2007 MERCEDES BENZ CLS63, VIN WDDDJ77X97A097669,

        Defendants.

## DEFAULT AND FINAL ORDER OF FORFEITURE ONLY AS TO CERTAIN DEFENDANT PROPERTIES

        THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture Only as to Certain Defendant Properties, the Court having reviewed said Motion FINDS:

THAT The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after notice, there have been no Claims, Answers, or other responsive pleadings filed in this matter as to the following defendant properties (collectively, "Subject Property") as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and 18 U.S.C. § 983 (a)(4):

a) $498,981.00 in United States Currency

b) $260,080.00 in United States Currency

c) $34,940.00 in United States Currency

d) 2006 Nissan Titan Pickup, VIN 1N6AA07B06N556908

e) 1993 Chevrolet Silverado C1500 Pickup, VIN 2GCEC19Z5P1259232

f) 2000 Honda Accord ex, VIN 1HGCG2254YA037685

THAT Entries of Default as to the above-described Subject Property were entered by the Clerk of the Court on February 25, 2008 (Docket #61) and June 2, 2008 (Docket #77); and

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of the Subject Property and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465. It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881;

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis for a final Judgment and Order of Forfeiture of the Subject Property;

THAT pursuant to Fed.R.Civ.P. 54(b), this Court hereby expressly determines that there is no just reason for delay in entering Final Order of Forfeiture and Judgment as to the Subject Property.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and forfeiture of the above-described Subject Property including all right, title, and interest is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the above-described Subject Property and may dispose of said property in accordance with law;

THAT defendant 11430 Paris Street, Henderson, Colorado is still at issue, and is not affected by this Default and Final Order of Forfeiture;

THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to the Subject Property under 28 U.S.C. § 2465; and

THAT the Clerk shall enter a Default Judgment only as to the above-described Subject Property pursuant to Rule 55 of the Federal Rules of Civil Procedure.

Dated this 3rd day of June, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge