# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 07-cv-01570-CMA-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11430 PARIS STREET, HENDERSON, COLORADO,

    Defendant.

## ORDER OF DISMISSAL AS TO DEFENDANT 11430 PARIS STREET, HENDERSON, COLORADO

This matter comes before the Court on the United States' Unopposed Motion for Order of Dismissal Only As To Defendant 11430 Paris Street, Henderson, Colorado (Doc. # 100) (Defendant Paris Street). The Court having read said motion and being fully advised in the premises, FINDS:

THAT the United States has commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT pursuant to a Settlement Agreement with sole claimant Countrywide Home Loans, the United States has agreed to dismiss Defendant Paris Street for the purpose of allowing Countrywide Home Loans to pursue foreclosure proceedings, and to release its Lis Pendens against Defendant Paris Street; and

THAT based upon the facts and verification set forth in the Verified Complaint, there was reasonable cause for the seizure and arrest of all of the defendant property.

NOW THEREFORE, IT IS ORDERED that Defendant Paris Street is hereby DISMISSED WITH PREJUDICE from this action, that the United States' Lis Pendens recorded against defendant Paris Street is hereby dismissed, and that a Certificate of Reasonable Cause, which this Order constitutes, is GRANTED, pursuant to 28 U.S.C. § 2465.

IT IS FURTHER ORDERED that, with the dismissal of this sole remaining defendant, this case is DISMISSED in its entirety.

DATED: November __21__, 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge